No. 92–7022. NORTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–7023. HUNT *v.* CITY OF DETROIT, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–7024. INGALLS *v.* FIREHOUSE BREWING CO., INC. Ct. App. Ariz. Certiorari denied.

No. 92–7027. FERDIK *v.* WOODS, ATTORNEY GENERAL OF ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7028. DE LOS SANTOS *v.* BORG, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 92–7029. THOMAS *v.* MCCORMICK, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7030. NORRIS *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 92–7031. SPANO *v.* MCAVOY ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–7032. SPANO *v.* MCAVOY ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–7033. LITVIN *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 92–7034. STRATTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7035. STOKES *v.* PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–7036. BERNARD *v.* GARRAGHTY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–7037. HAMMOND *v.* DEPARTMENT OF THE AIR FORCE. C. A. 5th Cir. Certiorari denied.